382 A.2d 744

Commonwealth v. Burkett, Appellant.

Submitted March 1, 1976. William F. Kaminski, for appellant; John R. Walker, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.